UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEALTH CARE SERVICE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>JAZZ PHARMACEUTICALS, INC., et al.,<br><br>Defendants. | Case No. 22-cv-00993-RS<br><br>**ORDER RELATING CASE** |

When filing its Complaint, Plaintiff indicated in the Civil Cover Sheet that this matter is related to the *In re Xyrem* multidistrict litigation, Case No. 20-md-2966. Both this action and *In re Xyrem* are pending before this Court. Plaintiff has not moved to relate this action to *In re Xyrem*. As "[t]he actions concern substantially the same parties, property, transaction, or event[,]" these cases are *sua sponte* deemed related for the purpose of case management. This action, along with *Humana Inc. v. Jazz Pharmaceuticals Inc., et al.*, Case No. 21-cv-07934, and *Molina Healthcare, Inc. v. Jazz Pharmaceuticals Inc., et al.*, Case No. 21-cv-07935,[1] are considered "tag-along" actions to the MDL within the meaning of Judicial Panel on Multidistrict Litigation Rule 7.2(a).

**IT IS SO ORDERED**.

---

[1] The *Humana* and *Molina* actions were previously related to *In re Xyrem* following motions from the Plaintiffs, and were reassigned to this Court.

Dated: August 10, 2022

_____
RICHARD SEEBORG
Chief United States District Judge